IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

**ANNMARIE PRESTON-RAJ** : CASE NO. 16-15698 JKF

## ORDER

THE FEE APPLICATION OF COUNSEL FOR THE DEBTOR, MCCULLOUGH EISENBERG, LLC. IS HEREBY APPROVED AND ALLOWED AS FOLLOWS:

Court Cost's already paid: ……………………..……$310.00

Attorney's fees and costs ~~to be paid pursuant to the~~ may be paid pursuant to the terms of the confirmed Chapter 13 Plan by the Chapter 13 Trustee……….$ 1,750.00

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon

Dated: August 31, 2017