United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
AnnMarie Preston-Raj  
    Debtor

Case No. 16-15698-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Sep 01, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2017.  
db          +AnnMarie Preston-Raj,    69 W. Sharpnack Street,    Philadelphia, Pa 19119-2722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2017 at the address(es) listed below:  
       CAROL B. MCCULLOUGH    on behalf of Debtor AnnMarie Preston-Raj mcculloughheisenberg@gmail.com, G25217@notify.cincompass.com  
       CHRISOVALANTE FLIAKOS    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com  
       MARIO J. HANYON    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
       ROBERT PATRICK WENDT    on behalf of Creditor    CITIMORTGAGE, INC. paeb@fedphe.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                        TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 13

**ANNMARIE PRESTON-RAJ**                        : CASE NO. 16-15698 JKF

## ORDER

THE FEE APPLICATION OF COUNSEL FOR THE DEBTOR, MCCULLOUGH EISENBERG, LLC. IS HEREBY APPROVED AND ALLOWED AS FOLLOWS:

   Court Cost's already paid: ………………..……$310.00

   Attorney's fees and costs ~~to be paid pursuant to the~~ may be paid pursuant to the terms of the confirmed Chapter 13 Plan by the Chapter 13 Trustee……….$ 1,750.00

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon

Dated: August 31, 2017