*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: AnnMarie Preston−Raj
    Debtor(s)

Case No: 16−15698−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certificate of Default filed by Midfirst Bank and Objection filed by the debtor

    on: 7/11/19

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 6/28/19

Timothy B. McGrath
Clerk of Court