United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
AnnMarie Preston-Raj  
    Debtor

Case No. 16-15698-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: Virginia<br>Form ID: 167 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Jun 28, 2019 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2019.
db     +AnnMarie Preston-Raj,   69 W. Sharpnack Street,   Philadelphia, Pa 19119-2722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2019 at the address(es) listed below:
    CAROL B. MCCULLOUGH   on behalf of Debtor AnnMarie  Preston-Raj mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
    CHRISOVALANTE  FLIAKOS   on behalf of Creditor   CITIMORTGAGE, INC. paeb@fedphe.com
    KEVIN G. MCDONALD   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
    MARIO J. HANYON   on behalf of Creditor   CITIMORTGAGE, INC. paeb@fedphe.com
    MATTEO SAMUEL WEINER   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
    REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
    ROBERT PATRICK WENDT   on behalf of Creditor   CITIMORTGAGE, INC. paeb@fedphe.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: AnnMarie Preston−Raj
    Debtor(s)

Case No: 16−15698−elf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certificate of Default filed by Midfirst Bank and Objection filed by the debtor

on: 7/11/19

at: 09:30 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  6/28/19

Timothy B. McGrath
Clerk of Court

66 − 64, 65
Form 167