# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-15698-ELF

ANNMARIE PRESTON-RAJ

69 W. SHARPNACK STREET

PHILADELPHIA, PA 19119

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ANNMARIE PRESTON-RAJ

    69 W. SHARPNACK STREET

    PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

    CAROL B. MCCULLOUGH
    MCCULLOUGH & EISENBERG
    65 WEST STREET RD #A-105
    WARMINSTER, PA 18974-

                                            /S/ William C. Miller

Date: 2/28/2020

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee