**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AnnMarie Preston-Raj<br>　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　　　　　Movant<br>　　vs.<br><br>AnnMarie Preston-Raj<br>　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-15698 ELF |

## **ORDER**

AND NOW, this 23rd day of March, 2021, upon consideration of Movant's Motion to Approve Partial Claim, it is **ORDERED** that:

The Motion is granted and the Debtor is **AUTHORIZED** to enter the Partial Claim Agreement executed on February 10, 2021, as described in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

AnnMarie Preston-Raj
69 West Sharpnack Street
Philadelphia, PA 19119

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532