United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-15698-elf |
| AnnMarie Preston-Raj | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + AnnMarie Preston-Raj, 69 W. Sharpnack Street, Philadelphia, Pa 19119-2722 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 25, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor AnnMarie Preston-Raj mcculloughheisenberg@gmail.com cbmccullough64@gmail.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, wbecf@brockandscott.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 23, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT PATRICK WENDT
    on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AnnMarie Preston-Raj<br>　　　　Debtor(s)<br><br>MIDFIRST BANK<br>　　　　Movant<br>　　vs.<br>AnnMarie Preston-Raj<br>　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 16-15698 ELF |

**ORDER**

AND NOW, this 23rd day of March, 2021, upon consideration of Movant's Motion to Approve Partial Claim, it is **ORDERED** that:

The Motion is granted and the Debtor is **AUTHORIZED** to enter the Partial Claim Agreement executed on February 10, 2021, as described in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

AnnMarie Preston-Raj
69 West Sharpnack Street
Philadelphia, PA 19119

Carol B. McCullough, Esq.
65 West Street Road
Suite A-204
Warminster, PA 18974

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532