# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: AnnMarie Preston-Raj<br>                    Debtor(s)<br><br>MIDFIRST BANK<br>                    Moving Party<br>     v.<br>AnnMarie Preston-Raj<br>                    Debtor(s)<br><br>William C. Miller Esq.<br>                    Trustee | CHAPTER 13<br>BK NO: 16-15698 ELF |

## ORDER GRANTING EXTENSION

Upon consideration of Movant's Uncontested Motion Request an Extension of Time, it is hereby **ORDERED** that the deadline to file the Response to Notice of Final Cure isextended to **August 3, 2021**.

Dated:  7/13/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**