United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
AnnMarie Preston-Raj  
    Debtor

Case No. 16-15698-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

**Recip ID    Recipient Name and Address**  
db    + AnnMarie Preston-Raj, 69 W. Sharpnack Street, Philadelphia, PA 19119-2722

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

**Name    Email Address**

CAROL B. MCCULLOUGH  
    on behalf of Debtor AnnMarie Preston-Raj mcculloughheisenberg@gmail.com cbmccullough64@gmail.com

CHRISOVALANTE FLIAKOS  
    on behalf of Creditor CITIMORTGAGE  INC. paeb@fedphe.com

KEVIN G. MCDONALD  
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MARIO J. HANYON  
    on behalf of Creditor CITIMORTGAGE  INC. wbecf@brockandscott.com, wbecf@brockandscott.com

MATTEO SAMUEL WEINER  
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ  
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT PATRICK WENDT
    on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: AnnMarie Preston-Raj<br>　　　　　　　　　Debtor(s) | CHAPTER 13<br>BK NO: 16-15698 ELF |
| MIDFIRST BANK<br>　　　　　　　　　Moving Party<br>　　v.<br>AnnMarie Preston-Raj<br>　　　　　　　　　Debtor(s)<br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | |

**ORDER GRANTING EXTENSION**

Upon consideration of Movant's Uncontested Motion Request an Extension of Time, it is hereby **ORDERED** that the deadline to file the Response to Notice of Final Cure isextended to **August 3, 2021**.

Dated:   7/13/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**