**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          **Chapter 13**
ANNMARIE PRESTON-RAJ

        **Debtor(s)**                          **Case No.** 16-15698-ELF

## <u>NOTICE OF COMPLETION OF PLAN PAYMENTS</u>

William C. Miller, Standing Chapter 13 Trustee, files and serves this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

**Office of the Chapter 13 Trustee**

Date: 7/29/2021                     By:     _/s/ William C. Miller_
                                 William C. Miller, Esquire, Chapter 13 Trustee
                                 1234 Market St., Suite 1813
                                 Philadelphia, PA 19107
                                 (215) 627-1377 (Phone)
                                 (610) 627-6299 (Fax)