United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
AnnMarie Preston-Raj  
    Debtor

Case No. 16-15698-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 16, 2021      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AnnMarie Preston-Raj, 69 W. Sharpnack Street, Philadelphia, PA 19119-2722 |
| 13808086 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13777977 | | Barclay Bank, 125 S West St, Wilmington, DE 19801-5014 |
| 13823494 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13777979 | | Citimortgage Inc., PO Box 6205, Sioux Falls, SD 57117-6205 |
| 13777981 | | Einstein Physicians, PO Box 780003, Philadelphia, PA 19178-0003 |
| 13777983 | | Grimley Financial Corporation, 30 Washington Ave Ste C-6, Haddonfield, NJ 08033-3341 |
| 13806034 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster, PA 18974-3229 |
| 13777988 | | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 13777976 | | american express, PO Box 1270, Newark, NJ 07101-1270 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 16 2021 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 16 2021 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 16 2021 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13777975 | | Email/Text: bkrpt@retrievalmasters.com | Aug 16 2021 23:50:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 13777974 | | Email/Text: tropiann@einstein.edu | Aug 16 2021 23:50:00 | Albert Einstein Medical, PO Box 785371, Philadelphia, PA 19178-5371 |
| 13861172 | + | Email/Text: megan.harper@phila.gov | Aug 16 2021 23:50:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13777978 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 16 2021 23:55:04 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 13797262 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 23:55:08 | Citimortgage, Inc., P O Box 6030, Sioux Falls, SD 57117-6030 |
| 13777980 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 16 2021 23:50:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 13777985 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 16 2021 23:55:07 | Macy's American Express Account, PO Box 183084, Columbus, OH 43218-3084 |
| 13777982 | | Email/Text: bnc-bluestem@quantum3group.com | Aug 16 2021 23:50:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2021 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 13819245 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 16 2021 23:55:07 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13821527 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 16 2021 23:50:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13872607 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Aug 16 2021 23:55:04 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 13851420 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 16 2021 23:55:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13779010 | | Email/PDF: rmscedi@recoverycorp.com | Aug 16 2021 23:55:09 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13777987 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:55:07 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 13777989 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:55:09 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 13777984 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 16 2021 23:50:00 | kohl's payment center, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13777986 | | Email/PDF: gecsedi@recoverycorp.com | Aug 16 2021 23:55:10 | old navy, PO Box 960017, Orlando, FL 32896-0017 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CAROL B. MCCULLOUGH | on behalf of Debtor AnnMarie Preston-Raj mccullougheisenberg@gmail.com cbmccullough64@gmail.com |
| CHRISOVALANTE FLIAKOS | on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 16, 2021 | Form ID: 138OBJ | Total Noticed: 30 |

KEVIN G. MCDONALD
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

MARIO J. HANYON
    on behalf of Creditor CITIMORTGAGE INC. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MATTEO SAMUEL WEINER
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

ROBERT PATRICK WENDT
    on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: AnnMarie Preston−Raj
    Debtor(s)

Case No: 16−15698−elf
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/16/21